1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

----oo0oo----

11

DENA CRISOTOMO CARINO;
12   ALLAN CHRISTOPHER DIWA,

NO. CIV. S-09-2005 FCD/KJM
13              Plaintiff,

14        v.                          MEMORANDUM AND ORDER

15   STANDARD PACIFIC CORP;
STANDARD PACIFIC MORTGAGE,
16   INC. fka FAMILY HOME LENDING,
INC.; CHASE HOME FINANCE LLC;
17   et al.,

18              Defendants.

19                             ----oo0oo----

20        This matter is before the court on defendants Standard

21   Pacific Corporation and Standard Pacific Mortgage, Inc.'s motion

22   to compel arbitration and stay the case pending arbitration.[1]   In

23   this action, plaintiffs Dena Carino and Allan Diwa ("plaintiffs")

24   allege fourteen claims for relief against moving defendants,

25

26

27        [1]     Because oral argument will not be of material
assistance, the court orders this matter submitted on the briefs.
28   E.D. Cal. L.R. 230(g).

1 among others,[2] premised on the allegation that the loans

2 plaintiffs obtained from defendants were procured as part of a

3 purported scheme of securitization of risky mortgage loans.

4 (FAC, filed July 20, 2009.)  Plaintiffs seek by this action to

5 rescind the loans and quiet title to their residential property

6 by suing their lenders, their mortgage broker and the developer

7 of the subject property, alleging claims against defendants for

8 federal truth and lending violations, civil RICO violations,

9 negligence, breach of contract, breach of fiduciary duty, fraud,

10 intentional infliction of emotional distress and unfair business

11 practices.

12     Plaintiffs filed a response to the motion, stating they did

13 not oppose the motion and conceding that the subject Agreements

14 required arbitration of the instant dispute.  (Docket #15.)  As

15 such, the court HEREBY grants defendants' motion to compel

16 arbitration.  This case is now STAYED pending the parties'

17 arbitration.[3]  The parties are directed to inform the court of

18 the outcome of the arbitration within 20 days of the arbitrator's

19 decision.

20

21

22     [2]    Plaintiff also names as defendants Homecomings
Financial Services, LLC, Mortgage Electronic Registration
Systems, Inc., HSBC Bank USA and Chase Home Finance, LLC.  After

23 removing the case, these defendants filed a motion to dismiss
plaintiffs' first amended complaint, which the court deferred

24 ruling on until consideration of the pending motion to compel
arbitration.  (Docket #s 4, 7, 14.)  These defendants have not

25 joined or filed a response to the instant motion.

26     [3]    The stay applies only to the instant case and the named
parties in this matter.  The court cannot, as requested by

27 plaintiffs, preclude the filing of any claims or prosecution of
any actions against plaintiffs which are not the subject of this

28 lawsuit.

1     The pending motion to dismiss (Docket # 4, 7) is DENIED as

2 MOOT.   Defendants may re-notice the motion, if appropriate, when

3 the stay of this case is lifted.

4     IT IS SO ORDERED.

5  DATED: January 15, 2010

6

7                                    _____

8                                    FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28