UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DENA CRISOTOMO CARINO, ALLAN CRISTOPHER DIWA, | No. 2:09-cv-02005-KJM-AC |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| STANDARD PACIFIC CORP., et al., | |
| Defendants. | |

On November 13, 2013, the court ordered plaintiffs' counsel and defendants' counsel within seven days to pay a sanction of $250 and to file a declaration attesting they have paid and not passed this cost on to their clients. (ECF 39.) The next day, counsel for defendants Robert L. Green complied with this order. Counsel for plaintiffs Mark L. TerBeek paid several days late on November 26, 2013, but did not file a declaration. At the status conference on December 6, 2013, Mr. TerBeek expressed surprise that the court had not seen his declaration. After rechecking the docket, the court has confirmed his declaration still has not been filed. As discussed at status, counsel for plaintiffs has seven days from the date of this order to file his declaration.

Also at the status, the arbitrating parties informed the court that they have begun arbitration proceedings. They represented that they anticipate completing arbitration around

1

March 20, 2014, and that they will report back to this court on the results of the arbitration by June 30, 2014. Accordingly, the court orders the arbitrating parties to file a joint status report on or before June 30, 2014 to apprise the court of the outcome of arbitration.

        IT IS SO ORDERED.

Dated:  December 6, 2013.

_____
UNITED STATES DISTRICT JUDGE