UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA CRISOTOMO CARINO; ALLAN CRISTOPHER DIWA,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD PACIFIC CORP; STANDARD PACIFIC MORTGAGE, INC. fka FAMILY HOME LENDING, INC.; CHASE HOME FINANCE LLC; HOMECOMINGS FINANCIAL SERVICES LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HSBC BANK USA, as Trustee of J.P.Morgan Alternative Loan Trust 2007-A-1 Mortgage Pass Through Certificates without recourse; all persons currently unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint as the Trust Property adverse to that claimed by Plaintiffs, and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | No. 2:09-cv-02005-KJM-AC<br><br>ORDER |

In June 2014, the court dismissed all remaining defendants in this case except Homecomings Services, LLC ("Homecomings"), which at the time was subject to an automatic

bankruptcy stay.  ECF Nos. 24, 57–59.  The court required the parties to file a joint status report after resolution of Homecoming's bankruptcy.  ECF No. 59.

Pursuant the court's order, Homecomings filed a notice in February 2016 of the bankruptcy court's order requiring plaintiffs to "take all appropriate actions to dismiss their monetary claims against [Homecomings] with prejudice."  Notice at 2, ECF No. 60; *id.* Ex. A (Bankruptcy Order).  The bankruptcy court required plaintiffs to act within fourteen days of that order filed on February 11, 2016.  Bankruptcy Order at 2.

In light of Homecoming's notice, the court orders Plaintiffs to Show Cause why: (1) the stay in this case as to Homecomings should not be lifted; (2) why the court should not issue sanctions, including monetary sanctions for $250 as well as dismissal, for plaintiffs' failure to follow this court's order requiring a joint status report and plaintiffs' failure to prosecute their case.  Plaintiffs shall file their response to this order within fourteen (14) days.

IT IS SO ORDERED.

DATED: June 20, 2017

_____
UNITED STATES DISTRICT JUDGE